United States Courts
Southern District of Texas
FILED
*May 01, 2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **CRIMINAL NO. 4:26-mj-287** |
| | § | |
| **NASIR ALI SHAIKH** | § | |

**INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT ONE**
**(Indecent Exposure)**

On or about March 24, 2025, on an aircraft in the special aircraft jurisdiction of the United States, namely, on Allegiant Airlines Flight #237 from Ashville, North Carolina to Houston, Texas,

**NASIR ALI SHAIKH,**

defendant herein, committed an intentional act of obscene and indecent exposure of his genitals and engaging in masturbation in a public place, which if committed in the District of Columbia would violate D.C. Code Section 22-1312 (formerly D.C. Code 22-1112).

**In violation of D.C. Code Section 22-1312 and Title 49, United States Code, Section 46506(2).**

JOHN G.E. MARCK
Acting United States Attorney
Southern District of Texas

By: ______________________
CAROLYN FERKO
Assistant United States Attorney